UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATOSSIA N. HERNANDEZ,<br><br>  Plaintiff,<br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICES, INC.,<br><br>  Defendants. | Case No.  3:18-cv-02278-N<br><br>Honorable David G. Godbey |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the NATOSSIA N. HERNANDEZ, and the Defendant, DIVERSIFIED ADJUSTMENT SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED ADJUSTMENT SERVICES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 1, 2019                                          Respectfully Submitted,

**NATOSSIA N. HERNANDEZ**                **DIVERSIFIED ADJUSTMENT SERVICES, INC.**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

/s/ Jason R. Jobe (*with consent*)
Jason R. Jobe
*Counsel for Defendant*
Plaza of Americas
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Phone: (214) 871-8200
jjobe@thompsoncoe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim<br>
Nathan C. Volheim